**Opinion issued March 24, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-26-00251-CV**

————————————

**IN RE SAMUEL OYEWOLE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Samuel Oyewole filed a petition for writ of mandamus challenging (1) a docket sheet entry in the trial court resetting trial in the underlying case from March 2, 2026 to May 18, 2026 after Relator filed a motion to recuse the trial court judge on February 27, 2026, and (2) the March 4, 2026 "Order Denying Third Motion to Recuse" signed by the Presiding Judge of the Eleventh Administrative

Judicial Region of Texas after the trial court judge declined recusal and referred Relator's motion to the regional presiding judge.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1] The underlying case is *In the Matter of the Marriage of Samuel Adekunle Oyewole and Shannon Nichole Oyewole*, cause number 2024-59573, pending in the 245th District Court of Harris County, Texas, the Honorable Angela M. Lancelin presiding. Relator's mandamus petition identifies respondents as (1) the Honorable Angela M. Lancelin, Presiding Judge of the 245th Judicial District Court of Harris County, and (2) the Honorable Susan B. Brown, Presiding Judge of the Eleventh Administrative Judicial Region of Texas.